UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

ANN MEAGAN GABRIEL,                                                                             PLAINTIFF

v.                                    CIVIL ACTION NO. 5:23-cv-00110-CRS-LLK (E-FILED)

MARTIN O'MALLEY,
COMMISSIONER OF
SOCIAL SECURITY                                                            DEFENDANT

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g). Plaintiff's Motion for Summary Judgment (DN 11) is deemed MOOT.

January 17, 2024

Charles R. Simpson III, Senior Judge
United States District Court

TENDERED BY:
Chad M. Muir
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: (816) 936-5772
Email: Chad.Muir@ssa.gov